# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

vs.                          NO. 4:11CR00097-001  SWW

ANTHONY LAMAR NEWMAN                                          DEFENDANT

### ORDER

Pending before the Court is defendant's motion for early termination of supervised release (doc #16).  After a review of the motion, the Court is of the opinion that a response by the United States of America would facilitate the resolution of the motion.  The Court therefore directs the United States to respond to the motion on or before twenty (20) days after the date of entry of this Order.

IT IS SO ORDERED this 9th day of April 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE