*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*
*WESTERN DIVISION*

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.                                    NO. 4:11CR00097-001 SWW

ANTHONY LAMAR NEWMAN                                                      DEFENDANT

## ORDER

Pending before the Court is defendant's motion for early termination of supervised release previously imposed. The U. S. Probation Officer has advised the Court, that although the defendant has demonstrated overall progress in meeting supervision objectives, the statute of conviction requires a term of supervised release of at least four years be imposed and due to the nature of the offense and the statutory provisions for the term of supervised release, early termination of supervision is not recommended. For those reasons, the government objects to the early termination of defendant's supervised release. The Court has considered the defendant's motion, government's response and U. S. Probation Officer's memorandum and finds that defendant's motion should be denied.

IT IS THEREFORE ORDERED that defendant's motion for early termination of supervised release [doc #20] previously imposed be, and it is hereby, **DENIED**.

Dated this 5th day of November 2015.

/s/Susan Webber Wright
United States District Judge