# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

vs.                           NO. 4:11CR00097-001  SWW

ANTHONY LAMAR NEWMAN                                              DEFENDANT

## ORDER

Pending before the Court is defendant's motion for early termination of supervised release (doc #26).  After a review of the motion, the Court is of the opinion that a response by the United States of America would facilitate the resolution of the motion.  The Court therefore directs the United States to respond to the motion on or before *June 6, 2016.*

IT IS SO ORDERED this 16th day of May 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE